UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ERIC JONES,

           Plaintiff,           No. 04-CV-74540-DT

vs.           Hon. Gerald E. Rosen

THE UNITED STATES
POSTAL SERVICE, et al.,

           Defendant.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    November 9, 2006

PRESENT: Honorable Gerald E. Rosen
                   United States District Judge

The Court having this date entered an Opinion and Order granting Defendants' Motions for Summary Judgment and dismissing Plaintiff's Complaint, in its entirety, with prejudice, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, WITH PREJUDICE be, and hereby is, entered.

           s/Gerald E. Rosen
           Gerald E. Rosen
           United States District Judge

Dated: November 9, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 9, 2006, by electronic and/or ordinary mail.

                         s/LaShawn R. Saulsberry
                         Case Manager